# UNITED STATES DISTRICT COURT
для the
Northern District of Ohio

FILED
2018 AUG 22 PM 1:23
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:18mj5278 |
| Shane Giles Eaton | ) | |
| | ) | Charging District's Case No. 7:15cr81 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* ___Western District of Virginia___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.

☒ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8-22-18

_X [signature]_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Jennifer Wenger, Deputy Federal Public Defender
*Printed name of defendant's attorney*